192 So. 908

## John McGEE v. STATE.

### 4 Div. 115.

Supreme Court of Alabama.

Nov. 16, 1939.

Yarbrough & Beck, of Enterprise, for appellant.

Thos. S. Lawson, Atty. Gen., for the State.

PER CURIAM.

Appeal ·dismissed for want of prosecu-:tion.